IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY JOCELYN CORTEZ<br><br>Defendant. | CR-24-46-GF-BMM<br><br>ORDER |

Defendant Ashley Jocelyn Cortez, having filed an Unopposed Motion to Set hearing on Status of Counsel, IT IS ORDERED hearing is set for November 7, 2024 at 3:30 p.m. before the undersigned.

DATED this 30th day of October, 2024.

_____
Brian Morris, Chief District Judge
United State District Court