IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ASHLEY JOCELYN CORTEZ, <br><br> Defendant. | CR 24-46-GF-BMM <br><br><br> ORDER TO FILE UNDER SEAL |

Upon review of Defendant's Unopposed Motion to File Sentencing Memorandum Under Seal, no objection from the Government, and good cause appearing;

IT IS HEREBY ORDERED that Defendant's Motion (Doc. 112) is GRANTED; Defendant's Sentencing Memorandum (Doc. 113) shall be filed UNDER SEAL.

DATED this 15th day of August 2025.

_____
Brian Morris, Chief District Judge
United States District Courts