IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ASHLEY JOCELYN CORTEZ, Defendant. | CR 24-46-GF-BMM<br><br>PRELIMINARY ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Ashley Jocelyn Cortez, pleaded guilty to the Superseding Indictment, which provides a factual basis and cause to issue a forfeiture order forfeiting the U.S. currency described in the Superseding Indictment under 21 U.S.C. §§ 853(a) and § 881(a)(11) and 18 U.S.C. § 924(d)(1).

THAT prior to the disposition of the asset, the Bureau of Alcohol, Tobacco, Firearms and Explosives, Federal Bureau of Investigation, the United States Marshals Service, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1

THAT Cortez's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- $1,848 in U.S. Currency; and,
- $7,381 in U.S. Currency.

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives, Federal Bureau of Investigation, the United States Marshals Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Fed. R. Crim. P. 32.2(b)(6), of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and 18 U.S.C. § 924(d), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 21st day of August, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts